**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| IN RE: | | CHAPTER | **11** |
|---|---|---|---|
| **Maluhia One, LLC** | | | |
| | | | |
| DEBTOR(S) | | CASE NO | **10-30987-SGJ-11** |

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the __**President of Manager**__ of the __**Corporation**__ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**02/22/2010**__   Signature: __**/s/ Peter R. Morris**__
                                      *Peter R. Morris*
                                      **President of Manager**