Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Melanie P. Goolsby
State Bar No. 24059841
**Pronske & Patel, P.C.**
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 – Telephone
(214) 658-6509 – Facsimile
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: mgoolsby@pronskepatel.com

PROPOSED COUNSEL FOR MALUHIA ONE, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MALUHIA ONE, LLC,** | § | **CASE NO. 10-30987-SGJ-11** |
| | § | |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |
| | § | |

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines was served, via U.S. Mail, first class, on the parties listed therein, on the 26th day of February, 2010.

**CERTIFICATE OF SERVICE – PAGE 1**

Dated:  March 5, 2010                              Respectfully submitted,


                                                   /s/ Gerrit M. Pronske
                                                   Gerrit M. Pronske
                                                   State Bar No. 16351640
                                                   Rakhee V. Patel
                                                   State Bar No. 00797213
                                                   Melanie P. Goolsby
                                                   State Bar No. 24059841
                                                   2200 Ross Avenue, Suite 5350
                                                   Dallas, TX  75201
                                                   214-658-6500 – Telephone
                                                   214-658-6509 – Telecopier

**CERTIFICATE OF SERVICE –  PAGE 2**

AKM Assoc., Inc.
635 Mariners Blvd., Suite 205
San Mateo, CA 94404

Angelo M. and Nancy Piciucco
8040 E. Aster Drive
Scottsdale, AZ 85260

Ann M. Hanson Trust
6928 Tangelwood Road
San Diego, CA 92111

Bank of America N.A., Attn:  T. Popovics
Trustee on behalf of the 12%
Collateralized Profit
135 South LaSalle Street
Chicago, IL 60603

Bank of America, N.A./Attn:  T. Popovics
Tee on behalf of 12%
Collateralized Proofit
135 South LaSalle St.
Chicago, IL 60603

Bank of Americas N.A.
135 South LaSalle Street
Chicago, IL 60603
Attn:  Thomas Popovics

Baxter Smith IV
2411 S. Hesperides St.
Tampa, FL 33629

Baxter Smith IV IRA
2411 S. Hesperides St.
Tampa, FL 33629

Belinda B. Stone, Trustee UTD
6/27/07 FBO Belinda
B. Stone Trust
32452 Searaven Dr.
Rancho Palos Verdes, CA 90275

Brookstone Securities
Attn: John Roberts
31 Bowling Dr., Suite H
Jackson, TN 38305


Chancellor Financial Co., Ltd.
6223 Shenandoah Park Avenue
Salt Lake City, UT 84121


Charles E. Church
39673 Lahana Way
Fremont, CA 94538


Charter Pacific Securities
Attn: Robyn Lee
111 Anza Blvd., Suite 109
Burlingome, CA 94010


Charter Pacific Securities
Attn: Rob Sester
111 Anza Blvd., Sutie 109
Burlingome, CA 94010


Cindy C.W. Chiu, Inc. Defined
  Benefit Plan and Trust
244 Calle Corcordia
San Dimas, CA 91773


County of Maui
Real Property Tax Division
70 East, Kaahumanu Ave., #A16
Kalului, HI 96732


David L. Horney and Margo J. Voltz
1332 S. Country Club Dr.
Gallup, NM 87301


Department of Water Supply
County of Maui
200 South High Street
Wailuku, HI 96793

Direct Capital Securities, Inc.
Attn:  Cindy Chiu
1274 Center Court Dr., Sutie 109
Covina, CA 91724


Donald K. Sherwood
330 Stevens Road
Binghampton, NY 13903


Empire Securities
Attn: Robert J. Maguire
237 Birtcher Dr.
Lake Forest, CA 92630


Ernie Erenio Bello Revocable Living Trus
3325 Ala Akulikuli St.
Honolullu, HI 96818


Forrest Parry Dixon
5890 Hemitage Lane
Argenta, IL 62501


Gary T. Lark
4911 S. Greenwood Avenue
Chicago, IL 60615


Gene Washington Lin
14639 LaPlata
San Diego, CA 92127


Giovanni Rizza
12742 N. Yellow Bird Road
Oro Valley, AZ 85755


Grant Bettingen, Inc.
Attn:  Robert Edward Schultz
4100 Newport Place, Suite 630
Newport Beach, CA 92660

Harold R. Nichol
2135 N. Dakota
Ames, IA 50014

Hawailiana Management Company
711 Kapiolani Boulevard, #700
Honolulu, HI 96813

Helen T. Robinson Trust
34431 Calle Naranja
Capistrano Beach, CA 92624

Independent Financial Group
Attn: Robyn Lee
1777 Borel Place, Suite 415
San Mateo, CA 94401

IRA Resources FBO Istvan Szinai
12527 Montellano Terrace
San Diego, CA 92130

IRA Resources FBO James C. Boore
13327 Bronco Way
Poway, CA 92064

IRA Resources FBO Linda D. Hong
5821 Chaumont Dr.
San Diego, CA 92114

IRA Resources FBO Marc Muchnick
3325 Windbreak Ct.
San Diego, CA 92130

IRA Resources FBO Tomasz Jagielinski
7936 Represa Circle
Carlsbad, CA 92009

Jack Murphy
6235 Squiredell Dr.
San Jose, CA 95219


James Carfagno, Jr. and Cynthia Flannery
1765 Bowling Green Dr.
Lake Forest, IL 60045


Jennifer Huang
30780 Oxford Way
Union City, CA 94587


John Max and Joyce D. Price
1205 South Mildred
Salem, MD 65560


Kenneth C. McGrail
13 Forrest Hill Dr.
Salem, MO 65560


Kurt and Mary Schaubel
1727 Eucalyptus Avenue
Encinitas, CA 92024


LaJolla Bank, FSB
390 West Valley Parkway
Escondido, CA 92505


Leslie Kopshimabuku
3243 Hinano St.
Honolulu, HI 96815


Lewis F. & Koleen T. Bingham
183 S. Ridgeview Dr.
Bountiful, UT 84010

Linda S. Oshima
3227 Palai St.
Lihue, HI 96766


M-35, LLC
150 N. Wacker Dr., #1120
Chicago, IL 60606


Manuel Hernan Barron
P.O. Box 6052
Albany, CA 94702


Mark and Sandra Johnson
8 Flossmoor
Dove Canyon, CA 92679


Matt and Melissa Bryant
8506 Kentucky Derby Dr.
Odessa, FL 35556


Michael Deitch - IRA
830 Bonnie Brae
River Forest, IL 60303


Michele Cook
3677 Caminito Cielo Del Mar
San Diego, CA 92130


Midpoint Financial Services
Attn:  Stacey Morimoto
12526 High Bluff Dr., #350
San Diego, CA 92130


National Securities
Attn:  Larry Bishop
17 West 220 22nd Street, #410
Oak Brook Terrace, IL 60181

National Securities
Attn: Michael V. Jordan
200 E. Ohio, 4th Floor
Chicago, IL 60611


National Securities
Attn: Gordon Yee
2970 Haleko Rd., Suite 201
Lihue, HI 96766


Neil Garofano
3 Ivy Road
Tuxedo Park, NY 10987


NTC & Co FBO: Karen Dea
305 Lynnbrook Dr.
San Ramon, CA 94582


NTC & Co. FBO William E. Davis
  Profit Share Plan
1130 Wagon Wheel Drive
Skaneateles, NY 13152


NTC & Co. FBO: Gillan Dorner
11842 Goshen Avenue, Apt. #2
Los Angeles, CA 90049


NTC and Co. FBO Anthony Scaringe SEP/IRA
6898 Page Hollow Road
Fayette, NY 13066


NTC and Co. FBO Charles R.
  Brickell SEP/IRA
16 Belcrest
Laguna Niguel, CA 92677


NTC FBO Donald K. Sherwood IRA
330 Stevens Road
Binghampton, NY 13903

NTC FBO James C. Dickerman IRA
P.O. Box 173859
Denver, CO 80217


OCBB Custodian fbo:  Kathy Larson
  IRA - D311013
13738 Old El Camino Real
San Diego, CA 92130


Orange County Business Bank
a custodian for Michael L. Coleman
16912 Arena Dr.
Ramona, CA 92065


Orange County Business Bank
a custodian for Ric E. Sorenson
8909 Renato St.
San Diego, CA 92129


Orange County Business Bank
  As custoidan for Arthur P. Bergquist
1350 Calle Colnett
San Marcos, CA 92069


Paschal Investment Co.
1769 Wasatch Drive
Salt Lake City, UT 84108


Patrick W. and Kelli M. Heiser
1266 Stonebridge Dr.
Lodi, CA 95242


Paul R. Anderson, IRA
13731 S. Wingfield Circle
Draper, UT 84020


Peter R. Morris
c/o PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606

Portfolio Advisors Alliance, Inc.
Attn:  Marcelle Long
233 State Street, Suite 102
Carlsbad, CA 92008


Private Asset Group, Inc.
Attn:  John Hannan
62 E. Genesee St., 3rd Floor
Skanatakes, NY 13152


Private Asset Group, Inc.
Attn:  John Hannan
3070 Bristol Street, Suite 500
Costa Mesa, CA 92626


PRM Realty Group, LLC
150 N. Wacker Dr., Suite 1120
Chicago, IL 60606


Robert F. Lassandrello
307 Briargate Terrace
Hinsdale, IL 60521


Robert R. Kwong Trust
822 Seal Pointe Drive
Redwood City, CA 94025


Robert Simon
68 Summerhill Drive
Mundelein, IL 60060


Robert W. Harte
5337 Meadow Lane
Downers Grove, IL 60515


Sandstone Venture, Inc.
1005 E. Las Tunas Dr., #116
San Gabriel, CA 91776

Scott and Elaine McElmury Trust
749 Gough Avenue
Templeton, CA 93465

Sharyn A. Roebuck
450 Nome St.
Aurora, CO 80010

Shelly Lynn Noyce
905 40th Street
West Des Moines, IA 50266

Solid Foundations Asset Management
13 Country Glen Road
Fallbrook, CA 92028

Sterling Trust Company,
  Custodian FBO, Lloyd S. Jones
929 Jasmine Circle
Costa Mesa, CA 92626

Sunset Financial Services
Attn:  Angelo Piciucco
9943 E. Bell Road
Scottsdale, AZ 85260

Sunset Financial Services
Attn:  Jerry Hurt
P.O. Box 279
Salem, MO 65560

Sunset Financial Services
Attn:  Peter Kushar
450 Nome Street
Aurora, CO 80010

Suzanne L. Halko-Crumb and
  Duane E. Crumb
JWTROS
217 Quark Court
Batavia, IL 60510

The B.C. and Julie McMakin
 Inter Vivos Trust
269 Del Mar Avenue
Costa Mesa, CA 92627


The Christopher and Michelle A. Asterino
 Family Trust dt 4/25/06
8334 E. Nighingale Star Dr.
Scottsdale, AZ 85266


The Dickerman Family Trust,
 Dated 8/20, 2007
650 Buena Vista Way
Laguna Beach, VA 92651


The Luke Family Trust
2119 Packard Place
El Cajon, 92019


The Maat Family Trust
10034 Lake Canyon Ct.
Santee, CA 92071


The Silby Family Trust
12146 San Tomas Place
San Diego, CA 92128


The Staci Cummings Trust
174 Allegheny Way
Alpine, UT 84004


The Swan Revocable Trust U/A 10.28.92
14909 Morningside Dr.
Poway, CA 92064


WFP Holding Ret Savings Plan
 401 K John Schooler TTEE
6020 Cornerstone Ct. West, #240
San Diego, CA 92121

WFP Securities
Attn:  Tom English
5186 Carroll Canyon Road
San Diego, CA 92121


WFP Securities
Attn:  Elaine McElury
6020 Cornerstone Ct. West, #240
San Diego, CA 92121


WFP Securities
Attn:  Kenneth Corlett
5186 Carroll Canyon Road
San Diego, CA 92121


WFP Securities
Attn:  Matt Deline & Jon Good
6020 Cornerstone Ct. West, #240
San Diego, CA 92121


WFP Securities
Attn:  Matthew Deline
5186 Carroll Canyon Road
San Diego, CA 92121


WFP Securities
Attn:  Kristopher Field
5186 Carroll Canyon Road
San Diego, CA 92121


WFP Securities
Attn:  Warren Horney
6020 Cornerstone Ct., West, #240
San Diego, CA 92121


WFP Securities
Attn:  John Schooler
6020 Cornerstone Ct. West, #240
San Diego, CA 92121


William Deitch
600 W. Roosevelt Road, Suite A-1
Wheaton, IL 60187

William Vigneault
181 Sunset Terrace
Lunguna Beach, CA 92651


Wilson-Davis & Co.
Attn:  Les V. Anderton
236 W. Main
Salt Lake City, UT 84101