| CASE NAME: | |
|---|---|
| | MALUHIA ONE, LLC |
| CASE NUMBER: | |
| | 10-30987-SGJ-11 |
| JUDGE: | |

Cash Basis Signature Page
Monthly Operating Report
CASH BASIS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### DIVISION 6
### MONTHLY OPERATING REPORT

**MONTH ENDING:**          **MARCH 31, 2010**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I
DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING
MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE
ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE
DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER
(OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH
PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

**Member**
TITLE

**PETER MORRIS**
PRINTED NAME OF RESPONSIBLE PARTY

**4/17/2010**
DATE

PREPARER:

ORIGINAL SIGNATURE OF PREPARER

**Assistant Controller**
TITLE

**ROBERT SCHULZ**
PRINTED NAME OF PREPARER

**4/17/2010**
DATE

| CASE NAME: | MALUHIA ONE, LLC | MOR for Cash Basis, Form 1 |
|---|---|---|
| | | Monthly Operating Report |
| CASE NUMBER: | 10-30987-SGJ-11 | CASH BASIS-1 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| | | | | MAR, 2010 |
| 1.  CASH - BEGINNING OF MONTH | | | | 114.64 |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS & ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | |
| 7.  WAGES | | | | |
| 8.  OTHER (ATTACH LIST) | | | | |
| 9.  TOTAL RECEIPTS | | | | 0.00 |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | | | | |
| 11. PAYROLL TAXES PAID | | | | |
| 12. SALES, USE & OTHER TAXES PAID | | | | |
| 13. INVENTORY PURCHASES | | | | |
| 14. MORTGAGE PAYMENTS | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | |
| 17. UTILITIES | | | | |
| 18. INSURANCE | | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | | |
| 23. SUPPLIES | | | | |
| 24. ADVERTISING | | | | |
| 25. HOUSEHOLD EXPENSES | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | |
| 27. GIFTS | | | | |
| 28. OTHER (ATTACH LIST)  PRM REALTY GROUP LLC (closed acct) | | | | 11.64 |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | 11.64 |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | | | | |
| 32. OTHER (ATTACH LIST) | | | | |
| 33. TOTAL REORGANIZATION EXPENSE | | | | 0.00 |
| 34. TOTAL DISBURSEMENTS | | | | 11.64 |
| 35. NET CASH FLOW | | | | (11.64) |
| 36. CASH - END OF MONTH | | | | 103.00 |

| CASE NAME: | | MOR for Cash Basis, Form 1A |
| --- | --- | --- |
| | **MALUHIA ONE, LLC** | **Monthly Operating Report** |
| CASE NUMBER: | | **CASH BASIS-1A** |
| | **10-30987-SGJ-11** | |

**MONTH:    MARCH  2010**

## CASH DISBURSEMENTS DETAIL (ATTACH ADDITIONAL SHEETS IF NECESSARY)

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL CASH DISBURSEMENTS** | | 0.00 |

### BANK ACCOUNT DISBURSEMENTS

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | 0.00 |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | 0.00 |
| --- | --- |

| CASE NAME: | | MOR for Cash Basis, Form 2 |
|---|---|---|
| | MALUHIA ONE, LLC | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-2 |
| | 10-30987-SGJ-11 | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well us all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

**MONTH:    MARCH  2010**

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: | Bank of Texas | Bank of America | | TOTAL |
| B. | ACCOUNT NUMBER: | - pending - | 5800948936 | | |
| C. | PURPOSE <TYPE>: | Checking DIP | Checking Oper. | | |
| 1. | BALANCE PER BANK STATEMENT | 0.00 | 0.00 | | 0.00 |
| 2. | ADD- TOTAL DEPOSITS NOT CREDITED | 0.00 | | | 0.00 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0.00 | | | 0.00 |
| 4. | OTHER RECONCILING ITEMS | 0.00 | | | 0.00 |
| 5. | MONTH END BALANCE PER BOOKS | 0.00 | 0.00 | | 0.00 |
| 6. | NUMBER OF LAST CHECK WRITTEN | # ----- | # 89 | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7.  BANK OF AMERICA, MALUHIA ONE, #432582 | 7/31/2009 | Cash Equiv. | 103.00 | 103.00 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.  TOTAL INVESTMENTS | | | | 103.00 |

| CASH | | |
|---|---|---|
| 12.    CURRENCY ON HAND | | 0.00 |

| 13.    TOTAL CASH - END OF MONTH | 103.00 |
|---|---|

| CASE NAME: | | MOR for Cash Basis, Form 3 |
|---|---|---|
| | MALUHIA ONE, LLC | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-3 |
| | 10-30987-SGJ-11 | |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH | MONTH | MONTH<br>MAR, 2010 |
|---|---|---|---|---|
| 1.  11 Malukai Lane, Maui, HI 96753 | 6,000,000.00 | | | 6,000,000.00 |
| 2. | | | | |
| 3. | | | | |
| 4.      OTHER (ATTACH LIST) | | | | |
| 5.      TOTAL REAL PROPERTY ASSETS | 6,000,000.00 | | | 6,000,000.00 |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1.      CASH ON HAND | | | | |
| 2.      CHECKING, SAVINGS, ETC. | 11.64 | | | 103.00 |
| 3.      SECURITY DEPOSITS | | | | |
| 4.      HOUSEHOLD GOODS | | | | |
| 5.      BOOKS, PICTURES, ART | | | | |
| 6.      WEARING APPAREL | | | | |
| 7.      FURS AND JEWELRY | | | | |
| 8.      FIREARMS & SPORTS EQUIPMENT | | | | |
| 9.      INSURANCE POLICIES | | | | |
| 10.    ANNUITIES | | | | |
| 11.    RETIREMENT & PROFIT SHARING | | | | |
| 12.    STOCKS | | | | |
| 13.    PARTNERSHIPS & JOINT VENTURES | | | | |
| 14.    GOVERNMENT & CORPORATE BONDS | | | | |
| 15.    ACCOUNTS RECEIVABLE | 2,090,970.79 | | | 2,090,970.79 |
| 16    ALIMONY | | | | |
| 17.    OTHER LIQUIDATED DEBTS | | | | |
| 18.    EQUITABLE INTERESTS | | | | |
| 19.    CONTINGENT INTERESTS | | | | 0.00 |
| 20.    OTHER CLAIMS | | | | |
| 21.    PATENTS & COPYRIGHTS | | | | |
| 22.    LICENSES & FRANCHISES | | | | |
| 23.    AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 24.    BOATS & MOTORS | | | | |
| 25.    AIRCRAFT | | | | |
| 26.    OFFICE EQUIPMENT | | | | |
| 27.    MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 28.    INVENTORY | | | | |
| 29.    ANIMALS | | | | |
| 30.    CROPS | | | | |
| 31.    FARMING EQUIPMENT | | | | |
| 32.    FARM SUPPLIES | | | | |
| 33.    OTHER (ATTACH LIST) | | | | |
| 34.    TOTAL PERSONAL PROPERTY ASSETS | 2,090,982.43 | | | 2,091,073.79 |
| 35.    TOTAL ASSETS | 8,090,982.43 | | | 8,091,073.79 |

• DATE AMENDED _____

| CASE NAME: | | MOR (or Cash Basis, Form 4 |
|---|---|---|
| **MALUHIA ONE, LLC** | | **Monthly Operating Report** |
| CASE NUMBER: | | **CASH BASIS-4** |
| **10-30987-SGJ-11** | | |

**MONTH:    MARCH  2010**

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | 10,745,363.24 | 0.00 |
| 2. | PRIORITY | 56,257.62 | 0.00 |
| 3. | UNSECURED | 362,248.19 | 0.00 |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | 11,163,869.05 | 0.00 |

| POSTPETITION LIABILITIES | | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | | | | |
| 2. | FICA / MEDICARE | | | | |
| 3. | STATE TAXES | | | | |
| 4. | REAL ESTATE TAXES | | | | |
| 5. | OTHER TAXES (ATTACH LIST) | | | | |
| 6. | TOTAL TAXES | | | | 0.00 |
| OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | | |
| 7. | Hawaiiana Management Co, Maluhia at Wa | 2/1/2010 | 3,440.21 | 2/1/2010 | 3,440.21 |
| 8. | Hawaiiana Management Co, Maluhia at Wa | 3/1/2010 | 3,440.21 | 3/1/2010 | 3,440.21 |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27 | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL. ATTACH LIST) | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | | | 6,880.42 |
| 31. | TOTAL POSTPETITION LIABILITIES | | | | 6,880.42 |

| CASE NAME: | | Cash Basis, Form 4A |
|---|---|---|
| **MALUHIA ONE, LLC** | | **Monthly Operating Report** |
| CASE NUMBER: | | **CASH BASIS-4A** |
| **10-30987-SGJ-11** | | |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH MAR, 2010 |
|---|---|---|---|---|
| 1.      0-30 | | | | |
| 2.      31-60 | | | | |
| 3.      61-90 | | | | |
| 4.      90+ | | | | |
| 5.      TOTAL ACCOUNTS RECEIVABLE | | | | |
| 6.      AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7.      ACCOUNTS RECEIVABLE (NET) | NONE | | | 0.00 |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1.  FEDERAL | | | | | |
| 2.  STATE | | | | | |
| 3.  LOCAL | | | | | |
| 4.  OTHER (ATTACH LIST) | | | | | |
| 5.  TOTAL TAXES PAYABLE | | | | | |
| 6.  ACCOUNTS PAYABLE | 3,440.21 | 3,440.21 | | | 6,880.42 |

| STATUS OF POSTPETITION TAXES | | MONTH: MARCH  2010 | | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1.      WITHHOLDING ** | | | | |
| 2.      FICA-EMPLOYEE ** | | | | |
| 3.      FICA-EMPLOYER ** | | | | |
| 4.      UNEMPLOYMENT | | | | |
| 5.      INCOME | | | | |
| 6.      OTHER (ATTACH LIST) | | | | |
| 7.      TOTAL FEDERAL TAXES | | | | 0.00 |
| STATE AND LOCAL | | | | |
| 8.      WITHHOLDING | | | | |
| 9.      SALES | | | | |
| 10.    EXCISE | | | | |
| 11.    UNEMPLOYMENT | | | | |
| 12.    REAL PROPERTY | | | | |
| 13.    PERSONAL PROPERTY | | | | |
| 14     OTHER (ATTACH LIST) | | | | |
| 15.    TOTAL STATE A LOCAL | | | | 0.00 |
| 16.    TOTAL TAXES | | | | 0.00 |

* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

** Attach photocopies of IRS Form 4123 or your FTD coupon and payment receipt to verify payment or deposit.

| CASE NAME:<br>MALUHIA ONE, LLC | MOR for Cash Basis, Form S<br>Monthly Operating Report |
|---|---|
| CASE NUMBER:<br>10-30987-SGJ-11 | CASH BASIS-5 |

MONTH:    MARCH  2010

### PAYME.NTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INS1DERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.).  ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6.   TOTAL PAYMENTS TO INSIDERS | | 0.00 | 0.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6.   TOTAL PAYMENTS TO PROFESSIONALS | | NONE | NONE | NONE | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITTON |
|---|---|---|---|
| 1.   LA JOLLA BANK ESTIMATED INTEREST | 150,075.34 | 0.00 | 150,075.34 |
| 2.      Note - JUN '09 THRU MARCH 31, 2010 | | | |
| 3.   BANK OF AMERICA ESTIMATED INTEREST | 269,500.00 | 0.00 | 269,500.00 |
| 4.      Note - AUG '09 THRU MARCH 31, 2010 | | | |
| 5. | | | |
| 6.   TOTAL | 419,575.34 | 0.00 | 419,575.34 |

| CASE NAME: |  |
|---|---|
| **MALUHIA ONE, LLC** | |
| CASE NUMBER: | |
| **10-30987-SGJ-11** | |

MOR (or Cash Basis, Form 6
**Monthly Operating Report**
**CASH BASIS-6**

MONTH:    **MARCH  2010**

| QUESTIONNAIRE | | YES | NO |
|---|---|:---:|:---:|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? |  | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? |  | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES. OR LOANS) DUE FROM RELATED PARTIES? |  | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? |  | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? |  | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? |  | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? |  | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? |  | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? |  | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | X | |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? |  | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? |  | X |

**IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS 'YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.**

   **10.)   DEBT SERVICES AS PER FROM "CASH BASIS-5" SECURED NOTES**

| INSURANCE | | YES | NO |
|---|---|:---:|:---:|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? |  | X |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? |  | X |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

**IF ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN
CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD PROVIDE AN EXPLANATION
BELOW.  ATTACH ADDITIONAL SHEETS IF NECESSARY.**

   **W/C - HARTFORD   #14WEC NY 0610 (Policy was canceled due to lack of payment)**

   **G/L - ADMIRAL  #CA 12175-03 (Canceled), new policy with Zurich American Insurance Co  #PAS 04034718**

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| **TYPE OF POLICY** | **CARRIER** | **PERIOD COVERED** | **PAYMENT AMOUNT & FREQUENCY** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |