Andrew E. Jillson
Jarrett L. Hale
Cameron W. Kinvig
Hunton & Williams LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202-2799
(214) 979-3000

Attorneys for Bank of America, N.A.,
as Indenture Trustee for the Maluhia One, LLC Trust Indenture

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **MALUHIA ONE, LLC,** | § | Case No. 10-30987-SGH-11 |
| | § | |
| Debtor. | § | |

## NOTICE OF RESET HEARING

**PLEASE TAKE NOTICE** that the hearing on Motion by Bank of America, N.A., Acting as Indenture Trustee, for Adequate Protection, or in the Alternative, Relief From the Automatic Stay (Docket Nos. 25 and 26) has been **rescheduled for May 20, 2010 at 1:30 p.m.**, Central Daylight Time, before the **Honorable Stacy J.G. Jernigan,** U.S. Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242.

Dated: May 11, 2010
       Dallas, Texas

HUNTON & WILLIAMS LLP

By:   /s/ Cameron W. Kinvig
       Andrew E. Jillson
       Texas Bar No. 10666370
       Jarrett L. Hale
       Texas Bar No. 24046005
       Cameron W. Kinvig
       Texas Bar No. 24055780
       1445 Ross Avenue
       Suite 3700
       Dallas, TX 75202-2799
       (214) 979-3000

Attorneys for Bank of America, N.A., as
Indenture Trustee for the Maluhia One,

LLC Trust Indenture

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above-referenced motion was served on all parties-in-interest requesting notice in this case via this Court's ECF electronic filing system. To the extent that a party in interest requesting notice does not receive notice via this Court's ECF system, notice shall be provided via United States Mail, First Class, e-mail, and/or facsimile.

*/s/ Cameron W. Kinvig*
Cameron W. Kinvig